FORM 9 (Rev. 11/93)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| In the matter of:<br>**LYNCH, JASON M**<br>**LYNCH, MELYNDA S**<br>**HAIRCUTS, BIG LEAGUE**<br>**LYNCH, MINDY** | **Case No. 10-33278 L**<br><br>**Chapter 7**<br><br>**Judge  LAWRENCE S. WALTER** |
|---|---|

## NOTICE TO THE CLERK OF SMALL DIVIDENDS
## AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $7.91 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name<br>and Address | Claim Number | Amount of Dividend |
|---|---|---|
| Corcorand Harnist<br>1457 Harrison Ave.<br>Cincinnati, Ohio 45214 | 2 | $3.66 |
| Duke Engery shared Sevices, Inc.<br>EF 367-PO Box 960<br>Cincinnati, Ohio 45273-9598 | 12 | $2.16 |
| Fifth Third Bank<br>PO Box 82909<br>Dallas, TX 75382 | 14 | $2.09 |

| Total Unclaimed/Small<br>Dividends $25.00 or under | Total Unclaimed<br>Dividends Over $25.00 |
|---|---|
| $7.91 | $0.00 |

Dated: 1/4/11 _____                    /s/ Donald F. Harker _____
                                                  Case Trustee

cc: United States Trustee