**FORM 9** (Rev. 11/93)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **In the matter of:**<br>**LYNCH, JASON M**<br>**LYNCH, MELYNDA S**<br>**HAIRCUTS, BIG LEAGUE**<br>**LYNCH, MINDY** | Case No. 10-33278 L<br><br>Chapter 7<br><br>Judge  **LAWRENCE S. WALTER** |

### NOTICE TO THE CLERK OF SMALL DIVIDENDS
### AND UNCLAIMED DIVIDENDS

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $39.53 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim Number | Amount of Dividend |
|---|:---:|---:|
| PNC Bank N.A.<br>POB 5229<br>Cincinnati, Ohio 45201-5229 | 7 | $ 39.53 |

| | |
|---|---|
| Total Unclaimed/Small<br>Dividends $25.00 or under<br><br>$0.00 | Total Unclaimed<br>Dividends Over $25.00<br><br>$39.53 |

| | |
|---|---|
| Dated: 5/06/11 | /s/ Donald F. Harker<br>Case Trustee |

cc: United States Trustee